UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| TIANA MCBURNIE | § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-cv-01787 |
| HOME DEPOT U.S.A., INC. and THE HOME DEPOT, INC. | § § § § | |
| *Defendants* | § § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now TIANA MCBURNIE Individually and on behalf of J.S., minor ("Plaintiffs") and files this Original Complaint complaining of HOME DEPOT U.S.A., INC. and THE HOME DEPOT, INC. ("Defendants") and respectfully shows as follows.

## PARTIES

1. Plaintiffs, TIANA MCBURNIE is an individual resident of Texas.

2. Defendant, HOME DEPOT U.S.A., INC., is a corporation with its principle place of business and incorporation in a state outside of Texas. Defendant, HOME DEPOT U.S.A., INC., operates and provides services in the State of Texas. Defendant may be served with process through its registered agent: Corporation Service Company, D/B/A CSC-Lawyers Inco, located at 211 E. 7th Street, Suite 620, Austin, TX 78701.

3. Defendant, THE HOME DEPOT, INC. is a corporation with its principle place of business and incorporation in a state outside of Texas. Defendant, THE HOME DEPOT, INC., operates and provides services in the State of Texas. Defendant may be served with process through its registered agent: Corporation Service Company, D/B/A CSC-Lawyers Inco, located at 211 E. 7th Street, Suite 620, Austin, TX 78701.

1

## JURISDICTION AND VENUE

4. This court has jurisdiction over this case and the damages sought are within the jurisdictional limits of this court. The Plaintiff seeks more than $1,000,000 in damages.

5. Venue is proper in the Southern District of Texas because that is where a substantial portion of the events that caused Plaintiff's injury occurred. This Court has jurisdiction because there is diversity of citizenship between the Plaintiff and Defendants.

## FACTUAL BACKGROUND

6. Plaintiff, Tiana McBurnie was an invitee at the Defendant's store located at 23575 Highway 59, Porter, TX 77365 ("the Store"). Home Depot U.S.A., Inc. and/or The Home Depot, Inc. was the property owner of the Store at the time of the incident. Home Depot U.S.A., Inc. and/or The Home Depot, Inc. employ the employees that work at the Store. On or about May 26, 2024, a spool of large rope fell from a top shelf and landed on Plaintiff's head. On information and belief, an employee failed to properly latch the spool in place, so when Plaintiff touched the rope, the spool fell on her head. Defendants knew or should have known that the latch for the spool was unsecure and posed an unreasonable risk of harm. Defendants failed to warn of the dangerous condition.

7. The large spool injured Plaintiff's head, neck and right shoulder. Plaintiff was diagnosed with a traumatic brain injury.

## PREMISES LIABILITY

8. Defendants had a duty to keep the premises safe for invites, such as Plaintiff. The spool of large rope on the top shelf that was not properly latched created an unsafe condition. Defendants failed to warn of the unsafe condition. Defendants knew or should have known of the dangerous condition. On information and belief, Defendants' employee created

the unsafe condition by not properly latching the spool.

9. Defendants breached their duty of ordinary care to Plaintiff by failing to warn of the dangerous condition of the Store, or in the alternative, failing to make the Store reasonably safe.

10. Defendants' failure to exercise reasonable care proximately caused both the incident in question and Plaintiff's injuries.

## DAMAGES

11. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, has incurred the following past and future damages:

   a. Pain and suffering,
   b. Medical expenses,
   c. Disfigurement,
   d. Impairment,
   e. Lost wages;
   f. Economic damages, and
   g. Non-economic damages.

12. By reason of the above, Plaintiff has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought. Plaintiff seeks monetary relief of more than $1,000,000.00 in damages.

## JURY DEMAND

13. Plaintiff requests a trial by jury and would show that the appropriate fee is paid contemporaneously with the filing of this Petition.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and to all such other and further relief to which the Plaintiffs may be entitled at law or in equity.

Respectfully submitted,

O'HARA LAW FIRM, P.C.

By: _____
PATRICK O'HARA
State Bar No.: 24060353
Email: pjo@oharaattorney.com
O'Hara Law Firm, P.C.
14550 Torrey Chase Blvd., Suite 260
Houston, Texas 77014
Telephone: 281-919-2073
Facsimile: 281-783-2084
E-Service
Email: service@oharaattorney.com
E-Service is only accepted at the above designated E-Service email address

**ATTORNEY FOR PLAINTIFF**